# EXHIBIT A

91 7190 1037 6610 0000 2025

2011-22261

RECEIPT NUMBER __5298__ 70.00
TRACKING NUMBER __72653283__ C01

CAUSE NUMBER __2011222615__

JSS186061

| PLAINTIFF: BRAGG, WHITNEY J | In The    215th |
| vs. | Judicial District Court of |
| DEFENDANT:   CENTERPOINT ENERGY INC | Harris County, Texas |

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

## CERTIFIED MAIL BY CONSTABLE

2011 APR 19 PM 4:05

TO: CENTERPOINT ENERGY INC (CORPORATION) BY SERVING ITS REGISTERED AGENT
C T CORPORATION SYSTEM

350 NORTH ST PAUL STREET SUITE 2900   DALLAS TX 752014234

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the ____12th____ day of ____April____, 20__11__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____13th____ day of ____April____, 20__11__.

Issued at request of:
JOHNSON, ANGELA DIONE
15201 EAST FRWY #104
CHANELVIEW, TX 77530
Tel: (281) 452-6500
Bar Number:   24004721

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Generated by: BROOKS, VELINA GRACE   E9H/IJH/8984

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ____.M., endorsed the date of delivery thereon, and executed it at _____,

(street address) **FILED** (city)

in _____ County, Texas on the _____ day of _____ Chris Daniel at_____ o'clock ____. M.,
District Clerk

by delivering to _____, by delivering to its

(the defendant corporation named in citation)   MAY 0 9 2011

_____, in person, whose name is _____, Time: _____

(registered agent, president, or vice-president)   By _____

Deputy

a true copy of this citation, with a copy of the _____ Petition attached,

(description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____.

(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____    By: _____

(signature of officer)

Printed Name: _____

As Deputy for: _____

_____
Affiant Other Than Officer

(printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

RECORDER'S MEMORANDUM:
This instrument is of poor quality
and not satisfactory for photographic
recordation and/or alterations were
present at the time of filming



COUNTY AUDITOR'S FORM/3332A
HARRIS COUNTY, TEXAS

OFFICIAL RECEIPT    28 NO 4297

# CHRIS DANIEL　　DISTRICT CLERK

ACTION: DISCRIMINATION　　　　CASE: C-201100261　　TRANS NO: 8984068　　COURT: 21:
STYLE PLT: BRAGG, WHITNEY J
DEF: CENTERPOINT ENERGY INC

| FEE | DESCRIPTION | QTY | AMOUNT | | | | |
|---|---|---|---|---|---|---|---|
| | | | | PAYMENT 1 | CHECK | 3139 | 315.00 |
| 14 | FILING NEW CASE | 1 | 50.00 | PAYMENT 2 | | | |
| 101 | CITATION WITH 1 COPY | 1 | 8.00 | | | | ...... ...... |
| 177 | DIST CLERKS RECORD A | 1 | 5.00 | AMOUNT TENDERED: | | | 315.00 |
| 177 | JUDICIAL FEE PRESERVA | 1 | 10.00 | TOTAL AMOUNT: | | | 315.00 |
| | SECURITY SERVICE FEE | 1 | 5.00 | AMOUNT APPLIED: | | | 315.00 |
| | RECORDS PRESERVAT | 1 | 5.00 | | | | |
| | | | | CHANGE: | | | .00 |
| | | | | | | | |
| | | | | RECEIVED JOHNSON, ANGELA DIANE | | | (24004721) |
| | | | | OF 1520 EAST FWY #164 | | | |
| | | | | CHANNELVIEW, TX 77530 4000 | | | |
| | | | 42.00 | THREE HUNDRED FIFTEEN DOLLARS AND 0/100************************************ DOLLARS | | | |
| | TAX LIBRARY | | 15.00 | PAYMENT DATE: 04/12/2011　　FILE DATE: 04/12/2011 | | | |
| | STREET FEE | | 15.00 | | | | |
| | DISPUTE RESOLUTION F | 1 | 10.00 | | | | |
| 777 | APPELLATE JUDICIAL F | 1 | 5.00 | | | | |

ASSESSED BY: PERKINS, KYNDRIA J
VALIDATED 04/12/2011 BY: PERKINS, KYNDRIA J

**FILE COPY**

Certified Document Number: 48691446 - Page 2 of 4

**JACK F. ABERCIA, CONSTABLE**
PRECINCT NUMBER ONE
HARRIS COUNTY, TEXAS

| MAIN OFFICE | ANNEX OFFICE |
|---|---|
| P.O. BOX 52578 | 7300 NORTH SHEPHERD |
| HOUSTON, TEXAS 77052-2578 | HOUSTON, TEXAS 77091 |
| (713) 755-5200  FAX (713) 755-8951 | (713) 697-3600  FAX (713) 697-3649 |

## OFFICER'S RETURN FOR CERTIFIED MAIL

Received this CITATION, case #**201122261** on the __19TH__ *day* of **APRIL 2011**
at **4:05 P.M.** Executed at __350 N. ST. PAUL ST., STE.2900 DALLAS TX 75201__
by mailing to the within name *CENTERPOINT ENERGY INC BY SERVING ITS*
*REG. AGENT C T CORPORATION SYSTEM* AND by delivering to *LAMETRIAS*
*SAVAGE* on *the* __22ND__ *day of* __APRIL__ *2011* BY REGISTERED/**CERTIFIED**

**MAIL** WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, a true copy of

this citation together with a copy of PLAINTIFF'S ORIGINAL PETITION

**FEE : $70.00**

JACK F. ABERCIA, CONSTABLE
PCT #1, HARRIS COUNTY TX

**DEPUTY:** _R Aguilar 1043_



FILED
Chris Daniel
District Clerk

MAY 09 2011

Time: _____ Harris County, Texas

By _____ Deputy

Certified Document Number: 48691446 - Page 3 of 4



**UNITED STATES POSTAL SERVICE.**

Date Produced: 04/25/2011

HARRIS COUNTY CONSTABLE PCT 1

The following is the delivery information for Certified Mail™ item number 7190 1037 6610 0000 2025. Our records indicate that this item was delivered on 04/22/2011 at 09:15 a.m. in DALLAS, TX, 75201. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CENTERPOINT ENERGY INC

Certified Document Number: 48691446 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this    October 27, 2011

Certified Document Number:        48691446

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**